

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-11-00463-CR

Trial Court Cause
Number: 1738451

Style: Wilson Sieh Tarley

 **v** The State of Texas

Date motion filed*: April 22, 2013

Type of motion: Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

 Original due date: February 21, 2013

 Number of previous extensions granted: 1; most recent due date, April 22, 2013

 Date Requested: 60 days; until June 24, 2013

Ordered that motion is:

 ☒ Granted

  If document is to be filed, document due:  May 21, 2013.

  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☒ The Court will not grant additional motions to extend time.

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☐ Other: The motion is granted in part.  The brief is due May 21, 2013.

Judge's signature: /s/ Jane Bland
   ☒ Acting individually ☐ Acting for the Court

Panel consists of  Justices Jennings, Bland, and Massengale

Date: May 1, 2013